IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**LANDON TAUNTON, Individually and on**                                           **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                    No. 3:21-cv-844-ECM-SMD

**KORENS USA, INC., and**                                           **DEFENDANTS**
**ONE SOLUTIONS, LLC**

## JOINT MOTION FOR CONDITIONAL CERTIFICATION, PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT, AND DISTRIBUTION OF NOTICE

COME NOW Plaintiff Landon Taunton, and Defendants Korens USA, Inc., and One Solutions, LLC, by and through their undersigned counsel, and for their Joint Motion for Conditional Certification, Preliminary Approval of Collective Action Settlement, and Distribution of Notice, they do hereby state and allege as follows:

1.    Plaintiff filed suit against Defendants asserting individual and putative collective action claims for violation of the overtime provisions of the Fair Labor Standards Act ("FLSA"). Plaintiff alleged in his Complaint that Defendants failed to calculate certain bonuses into the regular rate of Plaintiff and others similarly situated, leading to a miscalculation of overtime compensation. Defendants deny these allegations.

2.    The Parties propose a Settlement Agreement that resolves Plaintiff's claims based upon the facts alleged in the Complaint, as well as similar claims of those similarly situated to Plaintiff.

3.    To this end, the Parties seek distribution of Notice and Consent forms,

Page 1 of 4
Landon Taunton, et al. v. Korens USA, Inc., et al.
U.S.D.C. (M.D. Ala.) Case No. 3:21-cv-844-ECM-SMD
Joint Motion for Conditional Certification, Preliminary Approval
of Collective Action Settlement, and Distribution of Notice

attached as Exhibits 2 and 3, appointment of Courtney Lowery and the Sanford Law Firm as Class Counsel, and certification of the following collective class:

> **All hourly-paid welders who worked at Korens USA's plant and earned a performance bonus in connection with work performed in any week in which they worked more than forty hours within the past three years.**

4.      In addition, the Parties seek this Court's preliminary approval of their agreement as memorialized in the Settlement Agreement attached as Exhibit 1 to this Motion.

5.      The Parties believe the Agreement is fair, reasonable, and adequate.

6.      This Joint Motion is supported by a contemporaneously filed brief.

WHEREFORE, premises considered, the Parties respectfully request that the Court conditionally certify the proposed collective, preliminarily approve their executed Agreement and proposed Notice and Consent forms and the method of distribution, appoint Class Counsel, and for all other necessary and proper relief.

**Page 2 of 4**
**Landon Taunton, et al. v. Korens USA, Inc., et al.**
**U.S.D.C. (M.D. Ala.) Case No. 3:21-cv-844-ECM-SMD**
**Joint Motion for Conditional Certification, Preliminary Approval**
**of Collective Action Settlement, and Distribution of Notice**

Respectfully submitted,

**LANDON TAUNTON, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Center Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*s/ Courtney Lowery*
Courtney Lowery
Ala. Bar No. 4047-V46J
courtney@sanfordlawfirm.com

**and    KORENS USA, INC., and ONE SOLUTIONS,
LLC, DEFENDANTS**

STARNES DAVIS FLORIE LLP
100 Brookwood Place, Seventh Floor
Birmingham, Alabama 35209
Telephone: (205) 868-6000

*s/ Arnold W. Umbach III*
Arnold W. Umbach III
Ala. Bar No. 1932-M66A
tumbach@starneslaw.com

BURR & FORMAN LLP
420 North Twentieth Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000

*s/ Ingu Hwang*
Ingu Hwang
Ala. Bar No. 2647-N75H
ihwang@burr.com

**Page 3 of 4**
**Landon Taunton, et al. v. Korens USA, Inc., et al.**
**U.S.D.C. (M.D. Ala.) Case No. 3:21-cv-844-ECM-SMD**
**Joint Motion for Conditional Certification, Preliminary Approval**
**of Collective Action Settlement, and Distribution of Notice**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Arnold W. Umbach, Esq.
STARNES DAVIS FLORIE LLP
100 Brookwood Place, Seventh Floor
Birmingham, Alabama 35209
Telephone: (205) 868-6000
tumbach@starneslaw.com

Ingu Hwang, Esq.
BURR & FORMAN LLP
420 North Twentieth Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
ihwang@burr.com

*s/ Courtney Lowery*
Courtney Lowery

**Page 4 of 4**
**Landon Taunton, et al. v. Korens USA, Inc., et al.**
**U.S.D.C. (M.D. Ala.) Case No. 3:21-cv-844-ECM-SMD**
**Joint Motion for Conditional Certification, Preliminary Approval**
**of Collective Action Settlement, and Distribution of Notice**