IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**LANDON TAUNTON, Individually and on**                                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                No. 3:21-cv-844-ECM-SMD

**KORENS USA, INC., and**                                    **DEFENDANTS**
**ONE SOLUTIONS, LLC**

## JOINT MOTION FOR FINAL APPROVAL OF COLLECTIVE ACTION SETTLEMENT

Plaintiff Landon Taunton ("Named Plaintiff"), individually and on behalf of others similarly situated, and Defendants Korens USA, Inc., and One Solutions, LLC, by and through their undersigned counsel, jointly submit their Motion for Final Approval of Collective Action Settlement, and in support thereof they do hereby state and allege as follows:

1.      The parties previously moved this Court for final approval of their settlement and for approval of their proposed method of providing Notice and Consent forms to a putative collective of settlement members. *See* ECF Nos. 31 & 32.

2.      The Court set a hearing on the Parties' Motion. Following the hearing, the Court requested additional information, including authority as to why final approval was appropriate at that stage. *See* ECF Nos. 33-37.

3.      The Parties submitted additional briefing, after which the Court denied the Parties' Motion without prejudice and directed them to file a Motion for Preliminary Approval of Settlement. *See* ECF Nos. 38 & 39.

**Page 1 of 4**
**Landon Taunton, et al. v. Korens USA, Inc., et al.**
**U.S.D.C. (M.D. Ala.) Case No. 3:21-cv-844-ECM-SMD**
**Joint Motion for Final Approval of Collective Action Settlement**

4.    The Parties submitted a Motion for Preliminary Approval of Settlement, which was approved by the Court. *See* ECFs 40-42.

5.    Following the Court's preliminary approval, the Sanford Law Firm as Settlement Administrator sent Notice of Collective Action Settlement forms and accompanying Consent to Join forms to the 5 Potential Opt-In Plaintiffs.

6.    The notice, opt-in, and objection period has ended. Of the 5 Potential Opt-In Plaintiffs, 2 have timely submitted Consent to Join forms and joined the case.

7.    No Potential Opt-In Plaintiffs have objected to the settlement.

8.    Sanford Law Firm has not been contacted regarding the submission of additional Consent forms since the close of the notice period.

9.    The settlement fund payable to the participating settlement collective members totals $1,189.25.

10.    For the foregoing reasons as well as the reasons set forth in the parties' previously filed briefing as to preliminary approval, the parties respectfully request that the Court grant final approval of their settlement.

WHEREFORE, premises considered, the parties respectfully request that the Court grant final approval of their settlement, and for all other necessary and proper relief.

**Page 2 of 4**
**Landon Taunton, et al. v. Korens USA, Inc., et al.**
**U.S.D.C. (M.D. Ala.) Case No. 3:21-cv-844-ECM-SMD**
**Joint Motion for Final Approval of Collective Action Settlement**

Respectfully submitted,

**LANDON TAUNTON, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Center Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*s/ Samuel Brown*
Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com

**and    KORENS USA, INC., and ONE SOLUTIONS,
LLC, DEFENDANTS**

STARNES DAVIS FLORIE LLP
100 Brookwood Place, Seventh Floor
Birmingham, Alabama 35209
Telephone: (205) 868-6000

*s/ Arnold W. Umbach III*
Arnold W. Umbach III
Ala. Bar No. 1932-M66A
tumbach@starneslaw.com

BURR & FORMAN LLP
420 North Twentieth Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000

*s/ Ingu Hwang*
Ingu Hwang
Ala. Bar No. 2647-N75H
ihwang@burr.com

**Page 3 of 4**
**Landon Taunton, et al. v. Korens USA, Inc., et al.**
**U.S.D.C. (M.D. Ala.) Case No. 3:21-cv-844-ECM-SMD**
**Joint Motion for Final Approval of Collective Action Settlement**

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on November 23, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Arnold W. Umbach, Esq.
    STARNES DAVIS FLORIE LLP
    100 Brookwood Place, Seventh Floor
    Birmingham, Alabama 35209
    Telephone: (205) 868-6000
    tumbach@starneslaw.com

    Ingu Hwang, Esq.
    BURR & FORMAN LLP
    420 North Twentieth Street, Suite 3400
    Birmingham, Alabama 35203
    Telephone: (205) 251-3000
    ihwang@burr.com

                                           *s/ Samuel Brown*
                                          Samuel Brown

**Page 4 of 4**
**Landon Taunton, et al. v. Korens USA, Inc., et al.**
**U.S.D.C. (M.D. Ala.) Case No. 3:21-cv-844-ECM-SMD**
**Joint Motion for Final Approval of Collective Action Settlement**